No. 93–5637. ADKINS *v.* RATELLE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 93–5639. SWAIN *v.* DECATUR FEDERAL SAVINGS & LOAN ASSN. C. A. 11th Cir. Certiorari denied.

No. 93–5641. THOMAS *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 93–5648. BARKER *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–5649. BROOKS *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 93–5650. GRAVES *v.* WORLD OMNI FINANCIAL CORP. Ct. App. Ga. Certiorari denied.

No. 93–5652. GRIFFIN *v.* COOPER ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–5654. GALETKA ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–5656. WANTON *v.* MANN, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 93–5658. ROBICHAUX *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–5661. NICKERSON *v.* PEARSON ET AL. C. A. 11th Cir. Certiorari denied.

No. 93–5664. FRANZEN *v.* MINNESOTA. C. A. 8th Cir. Certiorari denied.

No. 93–5671. CARROTHERS *v.* MISSOURI. Ct. App. Mo., Eastern Dist. Certiorari denied.

No. 93–5673. BLOUNT *v.* KEANE, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.